RECEIVED
AUG 21 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MALIK ABDULLAH SHABAZZ (#318433)    DOCKET NO. 15-cv-1686; SEC. P
A.K.A. DARWIN RILEY

VERSUS                      JUDGE DRELL

WARDEN                      MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. §2241 is denied and dismissed with prejudice.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 20th day of August, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT